213 So.2d 374

**Willie Gray GARRISON**

v.

**STATE.**

**2 Div. 517.**

Supreme Court of Alabama.

July 18, 1968.

Rehearing Denied Aug. 29, 1968.

Geo. S. Brown and Wm. W. Smith, Birmingham, for petitioner.

MacDonald Gallion, Atty. Gen., and Robt. P. Bradley, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Willie Gray Garrison for certiorari to the Court of Appeals to review and revise the judgment and decision, in Garrison v. State, 44 Ala.App. 463, 213 So. 2d 369.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

212 So.2d 704

**McArthur HARRIS**

v.

**STATE.**

**4 Div. 329.**

Supreme Court of Alabama.

June 27, 1968.

Albert F. Simpson, Jr., Eufaula, for petitioner.

MacDonald Gallion, Atty. Gen., opposed.

KOHN, Justice.

Petition of McArthur Harris for certiorari to the Court of Appeals to review and revise the judgment and decision in Harris v. State, 44 Ala.App. 449, 212 So.2d 695.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and HARWOOD, JJ., concur.

208 So.2d 799

**J. Malcolm HOLLOWAY, Jr., et al.**

v.

**George L. DAVIS.**

**3 Div. 349.**

Supreme Court of Alabama.

April 4, 1968.

Calvin M. Whitesell, Montgomery, for petitioners.

Azar, Campbell & Azar, Montgomery, opposed.

LIVINGSTON, Chief Justice.

Petition of J. Malcolm Holloway, Jr. and others for certiorari to the Court of Appeals to review and revise the judgment and decision in Holloway et al. v. Davis, 44 Ala.App. 346, 208 So.2d 794.

Writ denied.

SIMPSON, MERRILL and HARWOOD, JJ., concur.